# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, § | Case No. 2:22-cv-00446 |
| Plaintiff, § | **JURY TRIAL DEMANDED** |
| v. § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) § CO., LTD., § | |
| Defendant. § | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff AGIS Software Development LLC states that its parent corporation is AGIS Holdings, Inc., and that no publicly held corporation owns 10% or more of its stock.

Dated: November 18, 2022                                Respectfully submitted,

                                                        */s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

2

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

*ATTORNEYS FOR PLAINTIFF*
*AGIS SOFTWARE DEVELOPMENT LLC*