**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § | Case No. 2:22-cv-00446 |
| | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) | § | |
| CO., LTD., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Alfred R. Fabricant, enters his appearance in this matter for Plaintiff AGIS Software Development LLC for purposes of receiving notices and orders from the Court.

Dated:  November 18, 2022                     Respectfully submitted,

                                        */s/ Alfred R. Fabricant*
                                        Alfred R. Fabricant
                                        NY Bar No. 2219392
                                        Email: ffabricant@fabricantllp.com
                                        **FABRICANT LLP**
                                        411 Theodore Fremd Avenue,
                                         Suite 206 South
                                        Rye, New York 10580
                                        Telephone: (212) 257-5797
                                        Facsimile: (212) 257-5796

                                        ***ATTORNEY FOR PLAINTIFF***
                                        ***AGIS SOFTWARE DEVELOPMENT LLC***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 18, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_/s/ Alfred R. Fabricant_
Alfred R. Fabricant