# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, § | Case No. 2:22-cv-00446 |
| Plaintiff, § | **JURY TRIAL DEMANDED** |
| v. § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) § CO., LTD., § | |
| Defendant. § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Vincent J. Rubino, III, enters his appearance in this matter for Plaintiff AGIS Software Development LLC for purposes of receiving notices and orders from the Court.

Dated: November 18, 2022           Respectfully submitted,

                                          */s/ Vincent J. Rubino, III*
                                          Vincent J. Rubino, III
                                          NY Bar No. 4557435
                                          Email: vrubino@fabricantllp.com
                                          **FABRICANT LLP**
                                          411 Theodore Fremd Avenue,
                                          Suite 206 South
                                          Rye, New York 10580
                                          Telephone: (212) 257-5797
                                          Facsimile: (212) 257-5796

                                          ***ATTORNEY FOR PLAINTIFF***
                                          ***AGIS SOFTWARE DEVELOPMENT LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 18, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III